**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Keone Labatad,<br><br>        Plaintiff,<br><br>vs.<br><br>Corrections Corporation of America, et al.,<br><br>        Defendants. | No. CIV 10-2619-PHX-ROS (DKD)<br><br>**ORDER** |

      This matter arises on Plaintiff's Motion for Appointment of Counsel (Second Request) (Doc. 37). Plaintiff's first request for the appointment of counsel was denied March 3, 2011 (Doc. 24).

      Plaintiff has again failed to demonstrated a likelihood of success on the merits, and has not shown that he is experiencing difficulty in litigating this case because of the complexity of the issues involved. After reviewing the file, and Defendants' Response in Opposition to Plaintiff's Motion (Doc. 41), the Court determines that this case does not present exceptional circumstances requiring the appointment of counsel.

      **IT IS THEREFORE ORDERED** denying Plaintiff's Motion for Appointment of Counsel (Doc. 37).

      DATED this 1st day of June, 2011.

David K. Duncan
United States Magistrate Judge